UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SATORRE TRAMAINE
WHEARRY,

    Petitioner,

v.                                     Case No. 1:24cv141-TKW-ZCB

DEPARTMENT OF
CORRECITIONS,

    Respondent.
_____/

## **ORDER**

    This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 15). Petitioner was granted an extension of time to file objections to the R&R, *see* Doc. 17, but he did not file any and the deadline for doing so has passed.

    Upon due consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because Petitioner's §2254 habeas petition was not timely filed. Accordingly, it is

    **ORDERED** that:

    1.    The magistrate judge's R&R is adopted and incorporated by reference in this Order.

    2.    Respondent's motion to dismiss (Doc. 13) is **GRANTED**, and

Petitioner's §2254 habeas petition is **DISMISSED with prejudice** because it was untimely.

    3.    A certificate of appealability is **DENIED**.

    4.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 5th day of May, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**